David Faustman, SBN 81862
Yesenia Gallegos, SBN 231852
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA  90067
Tel:  310-598-4150 / Fax: 310-556-9828
dfaustman@foxrothschild.com
ygallegos@foxrothschild.com

Attorneys for Defendants
VITAMIN WORLD, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI DAVIS,<br><br>       Plaintiff,<br><br>   v.<br><br>VITAMIN WORLD, INC., a corporation; CAROL YATES, an individual; and DOES 1-100, inclusive,<br><br>       Defendants. | Case No.: EDCV11-367 ODW (OPx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT VITAMIN WORLD, INC.** |

This action came on for hearing on a Motion for Summary Judgment before the Court on November 21, 2011, the Honorable Otis D. Wright, District Judge Presiding, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered:

IT IS ORDERED AND ADJUDGED that the Plaintiff Tami Davis take nothing, that the action be dismissed on the merits and that defendant Vitamin World, Inc. recover its costs.

Dated:_November 30, 2011                    _____
                                             Judge Otis D. Wright

LA1 187501v1 11/28/11